██ In the Matter of NUNO MICHEL SCHMID, an Attorney. [51 NYS3d 907]—

Per Curiam. Nuno Michel Schmid was admitted to practice by this Court in 1997 and lists a business address in London, England with the Office of Court Administration. Schmid now seeks leave to resign from the New York bar for nondisciplinary reasons (*see* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department advises that it does not oppose Schmid's application.

Upon reading the affidavit of Schmid sworn to October 20, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that Schmid is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Peters, P.J., McCarthy, Devine, Clark and Mulvey, JJ., concur. Ordered that Nuno Michel Schmid's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further ordered that Nuno Michel Schmid's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (*see generally* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that Nuno Michel Schmid shall,

within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.